

# PEDS*test*.com, LLC

PEDS® •   PEDS: DM® •   PEDSOnline®
www.PEDS*test*.com

*The best approach to detecting and addressing developmental-behavioral problems*

---

July 30, 2025

Re:   Parents' Evaluation of Developmental Status ("PEDS")
       Copyright Infringement Notification

Dear Sir or Madame:

     PEDStest.com, LLC, copyright administrator of the publication Parents' Evaluation of Developmental Status® ("PEDS®"), U.S. Copyright Registration No. TX 4600-294, a developmental/behavioral screening tool consisting of three forms and a scoring and administration guide has recently become aware that you are posting the English PEDS Response Form under the below link on your website at:

https://secureform.luxsci.com/forms/12273/9199/pvxJ/form.html

     Your posting of this copyright-protected form and any copying or reproduction of the form or any use of the form without purchase from PEDStest.com, LLC is unlawful and constitutes copyright infringement in violation of the U.S. Copyright Act, 17 U.S.C. § 101 *et seq*. The *PEDS Tools®* may only be used in the original form provided through purchase from PEDSTest.com, LLC, and may not be copied or reproduced.  Please be aware that the Copyright Act entitles PEDStest.com, LLC to seek statutory damages of as much as $150,000 per act of infringement and its attorneys' fees in prosecuting its copyright claim.

     Further, the original forms include a copyright notification and contact information that have been omitted from the version you have posted online.  Alteration of the forms in such manner to delete this information constitutes violation of the Digital Millennium Copyright Act, 17 U.S.C. § 1202(b), which states:

> No person shall, without the authority of the copyright owner or the law, intentionally remove or alter any copyright management information knowing, or, with respect to civil remedies under section 1203, having reasonable grounds to know, that it will induce, enable, facilitate, or conceal an infringement of any right under this title.

Mail: 1013 Austin Court  Nolensville, TN 37135-9737
Phone: 615.776.4121  Fax: 615.776.4119  Web: www.pedstest.com
e-mail:  evpress@pedstest.com

Luxsci
July 30, 2025
Page 2

The damages for violating 17 U.S.C. § 1202 alone range from $2,500 to $25,000 per violation, in addition to any damages for copyright infringement.

 PEDStest.com, LLC demands that you immediately remove the form in all places it is posted on your website and cease and desist all use of the forms on and offline, and providing an accounting of all uses of the PEDS forms in any manner.

 PEDStest.com, LLC will consider providing you an opportunity to settle its claims against you if, in addition to cease and desisting all uses of the forms, you provide sufficient compensation for past unauthorized uses of the forms, an amount PEDStest.com, LLC will determine upon receipt of your accounting for all such uses. If we are unable to reach an amicable resolution, PEDStest.com, LLC reserves the right to seek the maximum available damages under the law.

 If you fail to comply with the demands in this letter on or before **August 13, 2025**, PEDStest.com, LLC reserves the right to take all necessary action to protect its rights without further notice to you.

 This letter is sent for settlement purposes only and without waiver of, or prejudice to, any legal and equitable claims, rights or remedies in favor of PEDStest.com, LLC, all of which are expressly reserved.

Kind Regards,

*Helen A. Shouse, C.E.O*

Mail: 1013 Austin Court Nolensville, TN 37135-9737
Phone: 615.776.4121 Fax: 615.776.4119 Web: www.pedstest.com
e-mail: evpress@pedstest.com

Case 3:25-mc-00026 Document 1 Filed 12/29/25 Page 2 of 2 PageID #: 2