

December 9, 2025

<u>Via Email</u>
Clerk of the Court
United States District Court for the Middle District of Tennessee
Attn: Lynda Hill
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street, Suite 1300
Nashville, TN 37203
Lynda_hill@tnmd.uscourts.gov

     **Re:**   **<u>Application for Issuance of Subpoena</u>**
               **<u>Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h)</u>**

Dear Ms. Hill:

On behalf of my client, PEDSTest.com, LLC, a Tennessee limited liability company, I respectfully request that the Clerk of the Court issue a subpoena pursuant to 17 U.S.C. § 512(h). Section 512(h) of the Digital Millennium Copyright Act provides that a "copyright owner or a person authorized to act on the owner's behalf may request the clerk of any United States District Court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection." 17 U.S.C. § 512(h). For a subpoena to be issued, Section 512(h) requires that a copyright owner file the following with the Clerk of Court:

(1) a copy of the notification required by 17 U.S.C. § 512(c)(3)(A);

(2) the proposed subpoena; and

(3) a sworn declaration confirming that the purpose of the subpoena is to obtain the identity of the alleged infringer and that the information obtained will be used only for the purpose of protecting a party's rights under 17 U.S.C. § 101, *et seq.*

If the foregoing requirements have been met, the Clerk of the Court "shall expeditiously issue and sign the proposed subpoena and return it to the requester for delivery to the service provider." 17 U.S.C. § 512(h)(4).

PEDSTest.com, LLC has filed herewith: (a) a copy of the notification sent pursuant to 17 U.S.C. § 512(c)(3)(A); (b) a proposed subpoena; and (c) a sworn declaration. Accordingly, PEDSTest.com, LLC requests that the Clerk of the Court issue and sign the proposed subpoena and deliver same to the undersigned for service on the subpoena recipient.

Amy J. Everhart      amy@everhartlawfirm.com    tel 615.800.8919    202 Fifth Avenue South
                            everhartlawfirm.com       fax 615.800.8918    Franklin, TN 37064

Clerk of the Court
United States District Court for the Middle District of Tennessee
Attn: Lynda Hill
December 9, 2025
Page 2

Sincerely,

*s/Amy J. Everhart*

Amy J. Everhart