IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In Re: DMCA Subpoena to<br>Lux Scientiae, Incorporated | ) <br> ) Case No. _____ <br> ) <br> ) <br> ) |

**DECLARATION OF AMY J. EVERHART IN SUPPORT OF PEDSTEST.COM, LLC'S REQUEST FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512 (h), TO IDENTIFY ALLEGED INFRINGER**

I, Amy J. Everhart, declare as follows:

1. I am an attorney licensed to practice before the Supreme Court of Tennessee, the United States District Court for the Middle District of Tennessee and am a member of this Court's trial bar. I represent PEDSTest.com, LLC, a Tennessee limited liability company;

2. On behalf of PEDSTest.com, LLC, I am requesting that a subpoena be issued pursuant to 17 U.S.C. § 512(h) to identify the individuals and/or entities infringing on my client's copyrighted works; and

3. The purpose for which the subpoena is sought is to obtain the identity of alleged infringers, and such information will be used only for the purpose of protecting PEDSTest.com, LLC's rights under 17 U.S.C. § 101, *et seq.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of December, 2025

_____
Amy J. Everhart